UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington State Corporation,<br><br>Plaintiff,<br><br>v.<br><br>John Doe 1,<br>John Doe 2, a/k/a SamCodeSign, a/k/a "Fox Tempest,"<br><br>and<br><br>John Does 3-4, a/k/a "Vanilla Tempest,"<br><br>Defendant. | **SEALED ORDER**<br><br>26 Misc. 197 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

In this action, Plaintiff Microsoft Corporation alleges that the John Doe Defendants are engaged in a criminal enterprise that fraudulently obtains code signing certificates to facilitate the insertion of malware in the computer systems of unsuspecting Microsoft customers. Defendants then allegedly use the malware to obtain the victim's sensitive information and to perpetrate ransomware attacks against Microsoft clients. (See Proposed Civil Complaint (Dkt. No. 1-3))

Microsoft has moved to file this case under seal, in paper form, asserting that a public filing will permit the Defendants – who are allegedly engaged in criminal conduct – to "dismantle and establish alternate cybercriminal infrastructures before any TRO could be effectuated, rendering remedial measures futile." (Microsoft Sealing Br. (Dkt. No. 1-1) at 4) For

the reasons set forth in the declaration of Maurice Mason and in Microsoft's memorandum of law in support of its sealing request, the Court concludes that it is necessary for this case to be filed under seal in order to permit Microsoft a reasonable opportunity to obtain the relief it seeks.

Accordingly, this case may be filed under seal. Plaintiff is directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules, Rule 6.14, and present the case initiating documents to the Clerk of Court in paper form.

The Clerk is directed to restrict access to this order and to close this case.

Dated: New York, New York
May 5, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge
Part I