UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br>Plaintiff,<br>v.<br>JOHN DOE 1, JOHN DOE 2 a/k/a "SamCodeSign" a/k/a "FoxTempest," and JOHN DOES 3–4 a/k/a "Vanilla Tempest,"<br>Defendants. | 26-CV-3737 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On May 22, 2026, the Court issued a preliminary injunction granting relief requested by Plaintiff "during the pendency of this action." Dkt. 24. The Court is unaware of any further efforts by Plaintiff to prosecute this action. Accordingly, it is hereby ordered that, within fourteen days, Plaintiff shall submit a letter as to the status of this case, including whether Plaintiff intends to move for a default judgment.

SO ORDERED.

Dated: October 15, 2026
New York, New York

Ronnie Abrams
United States District Judge